**Opinion issued June 27, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-21-00591-CV

_____

**TIMOTHY CANNON, JR AND TIG TRANSPORTATION LLC, Appellants**

**V.**

**BARBARA J. STANFIELD, EUGENIA CLARK AND MARK STANFIELD, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-20472**

---

## MEMORANDUM OPINION

Appellant's brief was due on January 5, 2022. On February 14, 2022, the Court issued a notice that the appeal was subject to dismissal if appellant did not file a brief or motion for extension on or before February 24, 2022. Appellant did not file a timely brief or request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.